FILED

JAN 0 6 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:13-CR-4005-GT |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| vs. | |
| ARTURO SEGOVIA-LOPEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING and based upon the Joint Motion to Continue

IT IS HEREBY ORDERED that the Sentencing Hearing with PSR scheduled for February 12, 2014 at 9:30 am be vacated and rescheduled for March 31, 2014 at 9:30 am.

IT IS SO ORDERED.

Date: January 6 , 2014

Honorable Gordon Thompson, Jr.
U.S. District Court Judge